United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2010

Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. B-09-1168 |
| | § | |
| ALVARO CORTES-ORTIZ | § | |

## ORDER

BE IT REMEMBERED on this _22_ day of _January_, 20_10_, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed October 23, 2009, wherein the defendant Alvaro Cortes-Ortiz waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Alvaro Cortes-Ortiz to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Alvaro Cortes-Ortiz guilty of the offense of alien unlawfully being present in the United States after having been deported, in violation of 8 U.S.C. § 1326(a).

SIGNED this the _22_ day of _January_, 20_10_.

Hilda G. Tagle
United States District Judge